| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV-11-4877 (DLI) |
|---|---|
| DEFENDANT<br>$219,240.50 Formerly on Deposit in TD Bank, et al. | TYPE OF PROCESS<br>Warrant in rem |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 07 2011 ★
BROOKLYN OFFICE

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$600,000.00 c/o USMS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Tanya Y. Hill

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute Warrant for Arrest of Articles in rem and judicially seize $600,000.00, more or less, formerly on deposit ni HSBC account no. 138755167, and all proceeds tr4aceable thereto, and place funds in suspense account pending further direction from the USAO-EDNY..

CATS: 11-DEA-542031

| Signature of Attorney or other Originator requesting service on behalf of:<br>T.Y. Hill by WEH  AUSA Tanya Y. Hill | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(718) 254-6144 | DATE<br>11/14/2011 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 3 | District to Serve No. 3 | Signature of Authorized USMS Deputy or Clerk<br>Marsella | Date<br>11/14/11 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 11/14/11   Time  am/pm
Signature of U.S. Marshal or Deputy
Marsella

| Service Fee<br>55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>55.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Property transferred to Judicial Action on 11/14/2011.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

RECEIVED
2011 NOV 14 PM 3: 22
US MARSHAL EDNY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 08 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

TWO HUNDRED NINETEEN THOUSAND,
TWO HUNDRED FORTY DOLLARS AND
FIFTY CENTS ($219,240.50),
MORE OR LESS, FORMERLY ON
DEPOSIT IN TD BANK ACCOUNT
NO. 7918194106, AND ALL PROCEEDS
TRACEABLE THERETO, and

SIX HUNDRED THOUSAND DOLLARS
($600,000.00), MORE OR LESS,
FORMERLY ON DEPOSIT IN HSBC BANK
ACCOUNT NO. 138755167, AND ALL
PROCEEDS TRACEABLE THERETO,

        Defendants in rem.

- - - - - - - - - - - - - - - - - - - X

CV11 - 4877

WARRANT FOR ARREST
OF ARTICLES IN REM

Civil Action // CV-4877
~~No. CV-10-~~

IRIZARRY, J.

TO THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION AND/OR ANY
OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        WHEREAS, a verified complaint in rem was filed on October 6, 2011, in the United States District Court for the Eastern District of New York, alleging that two hundred nineteen thousand forty dollars and no cents ($219,040.50), more or less, formerly on deposit in TD Bank account no. 7918194106, and all proceeds traceable thereto, and six hundred thousand dollars ($600,000.00), more or less, formerly on deposit in HSBC Bank account no. 138755167, and all proceeds traceable thereto (the "Defendant Funds"), are subject to seizure and forfeiture to the

2

United States pursuant to (a) 31 U.S.C. § 5317, as monies involved in violations of, or attempts to violate, federal reporting requirements under 31 U.S.C. § 5324, and (b) 18 U.S.C. § 981(a)91)(A) as property involved in money laundering transactions or attempted money laundering transactions, in violation of 18 U.S.C. §§ 1956 or 1957, or any property traceable thereto; and

The Court being satisfied that, based on the Verified Complaint *in rem*, there is probable cause to believe that the Defendant Funds constitutes property that is subject to forfeiture for such violations, and that grounds for issuance of a warrant of arrest for articles in rem exist, pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant Funds and use discretion and whatever means appropriate to protect and maintain the Defendant Merchandise; and

IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought to have an interest in or claim against the Defendant Merchandise by serving upon such persons a copy of this warrant, and a copy of the verified complaint in rem, in a manner consistent with the principles of service of process of an action in rem under the Supplemental

3

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfieture.gov in the Eastern District of New York, pursuant to Supplemental Rule G(5); and

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in, or right against, the Defendant Merchandise must file their verified claim within thirty-five (35) days after the date of service of the complaint, or, as applicable, not later than sixty (60) days after the first day of publication on an official internet government forfeiture site, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and shall serve and file their answers to the verified complaint with the office of the Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to

4

the United States Attorney's Office, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201, Attn: Assistant United States Attorney Tanya Y. Hill.

Dated: Brooklyn, New York
~~October~~ , ~~2011~~
November 3, 2011

s/DLI

_____
HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE

Re: 11 cv 4877 dli

A TRUE COPY
ATTEST
DATE _____
DOUGLAS C. PALMER
BY _____ CLERK
DEPUTY CLERK