IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
EASTERN DIVISION

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV-11-4877 (DLI) |
| v. ) | |
| ) | |
| $219,240.50, MORE OR LESS, ) | |
| FORMERLY ON DEPOSIT IN TD BANK ) | |
| ACCOUNT #xxxxxx4106, AND ALL ) | |
| PROCEEDS TRACEABLE THERETO, ) | |
| ) | |
| $600,000.00, MORE OR LESS, ) | |
| FORMERLY ON DEPOSIT IN HSBC BANK ) | |
| ACCOUNT #xxxxx5167, AND ALL ) | |
| PROCEEDS TRACEABLE THERETO, ) | |
| ) | |
| Defendants In Rem. ) | |

- - - - - - - - - - - - - - - - - X

## DECLARATION OF PUBLICATION

According to my review of the electronic database maintained by the Department of Justice, the attached notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 15, 2011 and ending on December 14, 2011 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2011.

*Maritza Arroyo*
Maritza Arroyo
FSA Paralegal

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: CV-11-4877; NOTICE OF FORFEITURE ACTION

Pursuant to 31 U.S.C. § 5317 and 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$219,240.50, more or less, formerly on deposit in TD Bank Account # 7918194106, and all proceeds traceable thereto (11-DEA-542029) which was seized from Skywire Communications Inc. on or about January 20, 2011 at T.D. Bank, 2173 86th Street, located in Brooklyn, NY

$600,000.00, more or less, formerly on deposit in HSBC Bank Account # 138755167 (11-DEA-542031) which was seized from Skywire Communications Inc. on or about January 20, 2011 at HSBC Bank, 80 8th Avenue, located in New York, NY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (November 15, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY 11201, and copies of each served upon Assistant United States Attorney Tanya Y. Hill, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY 11201, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 15, 2011 and December 14, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $219,240.50, more or less, formerly on deposit inTD Bank, and all procceds traceable thereto

**Court Case No:** CV-11-4877
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/15/2011 | 24.0 | Verified |
| 2 | 11/16/2011 | 23.9 | Verified |
| 3 | 11/17/2011 | 24.0 | Verified |
| 4 | 11/18/2011 | 24.0 | Verified |
| 5 | 11/19/2011 | 24.0 | Verified |
| 6 | 11/20/2011 | 24.0 | Verified |
| 7 | 11/21/2011 | 24.0 | Verified |
| 8 | 11/22/2011 | 24.0 | Verified |
| 9 | 11/23/2011 | 24.0 | Verified |
| 10 | 11/24/2011 | 24.0 | Verified |
| 11 | 11/25/2011 | 24.0 | Verified |
| 12 | 11/26/2011 | 24.0 | Verified |
| 13 | 11/27/2011 | 24.0 | Verified |
| 14 | 11/28/2011 | 24.0 | Verified |
| 15 | 11/29/2011 | 24.0 | Verified |
| 16 | 11/30/2011 | 24.0 | Verified |
| 17 | 12/01/2011 | 24.0 | Verified |
| 18 | 12/02/2011 | 24.0 | Verified |
| 19 | 12/03/2011 | 24.0 | Verified |
| 20 | 12/04/2011 | 24.0 | Verified |
| 21 | 12/05/2011 | 24.0 | Verified |
| 22 | 12/06/2011 | 24.0 | Verified |
| 23 | 12/07/2011 | 24.0 | Verified |
| 24 | 12/08/2011 | 23.9 | Verified |
| 25 | 12/09/2011 | 24.0 | Verified |
| 26 | 12/10/2011 | 24.0 | Verified |
| 27 | 12/11/2011 | 24.0 | Verified |
| 28 | 12/12/2011 | 24.0 | Verified |
| 29 | 12/13/2011 | 23.6 | Verified |
| 30 | 12/14/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.