# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB 22 2012 ★ BROOKLYN OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV-11-4877 (DLI) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $219,240.50, More or Less, Formerly on Deposit in TD Bank, et al. | Decree & Order of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$219,240.50, formerly on deposit in TD Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
USMS, 225 Cadman Plaza East, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Tanya Y. Hill

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute the Decree of Forfeiture and Order of Delivery as follows: (1) pursuant to para. 1, return $119,240.50 of this asset to the Claimant by wire transfer, c/o "Douglas E. Grover as Attorney for Claimant Skywire Communications"; and (2) pursuant to para. 2, forfeit remaining $100,000 from this asset, plus all interest accrued on the asset since the date of seizure.
CATS: 11-DEA-542029

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (718) 254-6144 | DATE 01/26/2012 |
|---|---|---|---|
| /s/ AUSA Tanya Y. Hill | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk /s/ Marsuella | Date 1/26/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|

| Address (complete only if different than shown above) | Date of Service 2/15/12 | Time ☐ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy /s/ Marsuella | |

| Service Fee $220 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $220 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: $100,000.00 transferred to Asset Forfeiture Fund acct on 1/27/12.
$119,240.50 returned to Claimant Skywire Communications c/o Douglas E. Grover as Attorney on 2/15/2012

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

SLR:LDM:TYH
F.# 2011V00197

RECEIVED
2012 JAN 26 AM 9:06
US MARSHAL EDNY
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

TWO HUNDRED NINETEEN THOUSAND,
TWO HUNDRED FORTY DOLLARS
FIFTY CENTS ($219,240.50),
MORE OR LESS, FORMERLY ON
DEPOSIT IN TD BANK ACCOUNT
NO. 7918194106, AND ALL
PROCEEDS TRACEABLE THERETO, and

SIX HUNDRED THOUSAND DOLLARS
($600,000.00), MORE OR LESS,
FORMERLY ON DEPOSIT AT HSBC BANK
IN ACCOUNT NO. 138755167, AND ALL
PROCEEDS TRACEABLE THERETO,

     Defendants in rem.

- - - - - - - - - - - - - - - - - X

DECREE OF
FORFEITURE AND
ORDER OF DELIVERY

Civil Action
No. 11-CV-4877

(Irizarry, J.)

    WHEREAS, on or about October 6, 2011, a verified complaint in rem was filed in the Eastern District of New York (the "Verified Complaint"), alleging that the above-captioned defendants in rem, in the total amount of eight hundred nineteen thousand two hundred forty dollars and fifty cents ($819,240.50) (the "Defendant Funds") were subject to seizure and forfeiture to the United States pursuant to: (a) 31 U.S.C. § 5317, as monies involved in violations of, or attempts to violate, federal reporting requirements under 31 U.S.C. § 5324, and (b) 18 U.S.C. § 981(a)(1)(A), as property involved in money laundering transactions or attempted money laundering transactions, in violation of 18 U.S.C. §§ 1956 or 1957, or any property traceable

thereto;

WHEREAS, on or about November 3, 2011, the Court issued the Warrant for Arrest of Articles in rem for the Defendants in rem (the "Warrant in rem") finding probable cause to believe that the above-referenced Defendants in rem were subject to seizure and forfeiture to the United States pursuant to the above statutes;

WHEREAS, consistent with the custom and practice in this district, the United States published notice of this action on the Government's website, www.forfeiture.gov, for thirty (30) consecutive days beginning November 15, 2011 and ending December 14, 2011;

WHEREAS, Skywire Communications (the "Claimant") asserted an interest against the Defendant Funds;

WHEREAS, Douglas E. Grover, Esq., a partner in the law firm Thompson Hine LLP, which represents the Claimant, has been authorized to execute this Stipulation as counsel on behalf of the Claimant;

WHEREAS, Claimant has represented to the United States that it is the exclusive owner of the Defendant Funds, and the United States is unaware of any other potential claimants to the Defendant Funds;

*United States v. $219,240.50, More or Less, et al.*
*CV-11-4877 (DLI)*
*Decree of Forfeiture and Order of Delivery*
*page 2*

WHEREAS, no person, other than the Claimant, has asserted a claim or interest in the Defendant Funds, and the time to do so has expired; and

WHEREAS, Claimant and the United States have agreed to resolve and settle this matter between them in full without further litigation.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Pursuant to the Stipulation of Settlement previously executed by and between the parties, and upon execution of this Decree of Forfeiture and Order of Delivery by the Court, the United States shall return to Claimant the sum of $119,240.50, in the form of a wire transfer c/o "Douglas E. Grover as Attorney for Claimant Skywire Communications."

2. Pursuant to 31 U.S.C. § 5317 and 18 U.S.C. § 981(a)(1)(A), the United States shall forfeit the sum of $700,000.00, plus all interest accrued on the Defendant Funds since the date of seizure (the "Forfeited Asset").

3. The United States Marshals Service, and its duly authorized agents and contractors be, and the same hereby are, directed to dispose of the Forfeited Asset in accordance with all applicable laws and regulations.

*United States v. $219,240.50, More or Less, et al.*
*CV-11-4877 (DLI)*
*Decree of Forfeiture and Order of Delivery*
*page 3*

4. This action, having settled, is hereby dismissed with prejudice and the Clerk shall mark this case closed.

5. The Clerk of the Court shall forward four (4) certified copies of this Decree of Forfeiture and Order of Delivery to the United States Attorney's Office, Eastern District of New York, Attention: FSA Senior Law Clerk William K. Helwagen, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
January /8, 2012

s/DLI
_____
HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE

*United States v. $219,240.50, More or Less, et al.*
*CV-11-4877 (DLI)*
*Decree of Forfeiture and Order of Delivery*
*page 4*